JUDGE HOLWELL

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501
(516) 877-2225

07 CV 6862

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY,
a/s/o Galex, Inc.,

                       Plaintiff,                    **Rule 7.1 Statement**

    -against-

ECT TRANSPORT LTD. d/b/a SEAQUEST TRANSPORT
and SEAQUEST LINE,
                       Defendant.

-----------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, DELTA AIR LINES, INC., A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

SEE ATTACHED

DATE: July 30, 2007

                                           SIGNATURE OF ATTORNEY
                                           JAMES P. KRAUZLIS (4972)

FORM SDNY-9

**ALLIANZ OF AMERICA, INC**
   Allianz Insurance Company
   Allianz Insurance Group
   Allianz Underwriters Ins Co
   American Automobile Ins Co
   American Insurance Company
   American Standard Lloyd's
   Associated Indemnity Corp
   Chicago Insurance Company
   Fireman's Fund Cty Mut Ins
   Fireman's Fund Indemnity Corp
   Fireman's Fund Insurance Cos
   Fireman's Fund Insurance Co
   Fireman's Fund Ins Co of GA
   Fireman's Fund Ins Co of HI
   Fireman's Fund Ins Co of LA
   Fireman's Fund Ins Co of MO
   Fireman's Fund Ins Co of NE
   Fireman's Fund Ins Co of OH
   Fireman's Fund Ins Co of WI
   Interstate Fire & Casualty Co
   Interstate Indemnity Company
   Midway Ins Co of Illinois
   National Surety Corporation
   Vintage Insurance Company
   Warner Insurance Company
**Fireman's Fund Ins Co of TX**
**Jefferson Insurance Group**
   Jefferson Insurance Co of NY
   Monticello Insurance Co
**Parkway Insurance Company**
**San Francisco Reinsurance Co**