Form 27 - GENERAL PURPOSE

BADIAK & WILL, LLP
ATTN:
U.S.DISTRICT COURT SOUTHERN COURT       NEW YORK   COUNTY
---------------------------------------------------

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY       plaintiff | Index No. 07 CV 6862 |
| A/S/O GALEX,INC | Date Filed |
| - against - | |
| | Office No. 07-H-533-JK |
| ECT TRANSPORT LTD,D/B/A SEAQUEST        defendant | |
| TRANSPORTATION ET ANO | Court Date:   /   / |

---------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK                :SS:

**BRETT M. GOLUB**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **15th  day of August, 2007**    at  **01:55 PM.**,                      at
    %NATURAL FREIGHT LTD.,BRONCO CONTAINER LINES
    225 BROADWAY STE.2406 NEW YORK, NY 10007
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **INDIVIDUAL JUDGE'S RULES OF PRACTICE**

upon **ECT TRANSPORT LTD,D/B/A SEAQUEST TRANSPORTATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **STEVE CASTELLO,     GENERAL AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
        SEX: **MALE**            COLOR: **WHITE**        HAIR: **BROWN**
        APP. AGE: **38**         APP. HT: **6:0**         APP. WT: **180**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
16th  day of  August, 2007ni


JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

................................
BRETT M. GOLUB   1239212
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM55788

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

FIREMAN'S FUND INSURANCE COMPANY,
a/s/o Galex, Inc.

V.

ECT TRANSPORT LTD. d/b/a SEAQUEST
TRANSPORTATION and SEAQUEST LINE,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 6862

JUDGE HOLWELL

TO: (Name and address of Defendant)

ECT TRANSPORT LTD. d/b/a SEAQUEST TRANSPORT: 225
Broadway, Suite 2406, New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-H-533-JK

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                JUL 3 1 2007

CLERK                                                              DATE

(By) DEPUTY CLERK